IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-CR-00080-RJC-DSC

| USA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | <u>ORDER</u> |
| | ) | |
| AMEERA Q ALI | ) | |
| | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the defendant to extend the deadline for self-reporting to her designated Bureau of Prisons facility for service of her sentence by 30 days. (Doc. No. 52). The motion recites that the government does not oppose the defendant's request.

For the reasons stated in the defendant's motion, the Court finds that the defendant has good cause to extend the deadline.

**IT IS, THEREFORE, ORDERED** that the defendant's motion is GRANTED and the deadline for self-reporting is extended until February 4, 2021, during which she shall remain under the previously ordered bond conditions (Doc. No. 40: Amended Order Setting Conditions of Release).

The Clerk is directed to certify copies of this Order to the defendant, counsel for the defendant, the United States Attorney, the United States Probation Office, and the United States Marshals Service.

Signed: January 4, 2021

Robert J. Conrad, Jr.
United States District Judge