IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-CR-00080-RJC-DSC

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | <u>ORDER</u> |
| | ) | |
| AMEERA Q ALI | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the defendant pro se for a reduction of sentence based on Amendment 821 to the United States Sentencing Guidelines relating to certain zero-point offenders. (Doc. No. 59).

Part B, Subpart 1 of the Amendment is retroactive and created a two-level decrease if a defendant meets all the criteria in USSG §4C1.1(a). USSG §1B1.10(d), comment. (n.7). However, a court may not reduce a sentence below the amended guideline range. USSG §1B1.10(b)(2)(A). Here, the Court varied downward at the original sentencing to 84 months' imprisonment. (Doc. No. 48: Judgment at 2). With a two-level reduction under §4C1.1(a), the revised offense level of 29, combined with Criminal History Category I, results in an amended guideline range of 87 to 108 months. (Doc. No. 60: Supplemental Presentence Report at 2). Accordingly, she is not eligible for relief.

**IT IS, THEREFORE, ORDERED** that the defendant's motion is **DENIED**.

Signed: March 1, 2024

Robert J. Conrad, Jr.
United States District Judge